IRENE M. KING, as Administratrix of the Estate of DONALD A. KING, Deceased, et al., Plaintiffs, v. ANTHONY LIOTTI, et al., Individually and as Copartners Doing Business under the Name of TAMI, Defendants.

Supreme Court, Special Term, Queens County, October 1, 1947.

*Charles Margett* for plaintiffs.

*James F. Hart* for defendants.

KADIEN, J. Motion to examine the defendants before trial granted as prayed for with the exception that all language following the word " defendants " on the sixth line of item " 2 " will be deleted. The claim of privilege against self-incrimination is no ground for denying a motion for the examination of

a party before trial. The right to refuse to incriminate oneself is a personal right which must be claimed at the time when the questions are asked. (*Heit & Weisenthal, Inc., v. Licht,* 218 App. Div. 753.) This privilege may be claimed at the examination before trial as in the case of an examination at the trial. (*Yamato Trading Co.* v. *Brown,* 27 Hun 248; *Matter of Siegel* v. *Crawford,* 266 App. Div. 878, affd. 292 N. Y. 651.)